IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:10cr249

SAMUEL J.T. MOORE, III

ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the Defendant's MOTION FOR A NEW TRIAL (Docket No. 66) and MOTION PURSUANT TO RULE 29(C) F.R. CRIMINAL PROCEDURE FOR A JUDGMENT OF ACQUITTAL ON COUNT I (Docket No. 67) are denied.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June 16, 2011