## SENTENCING MINUTES

DATE: June 17, 2011    CASE NUMBER: 3:10CR00249-01

JUDGE: Payne    CT REPORTER: Gil Halasz, OCR

INTERPRETER: _____

UNITED STATES OF AMERICA

v.

Samuel J.T. Moore, III

COUNSEL:
Michael R. Gill, AUSA
Rebecca A. Perlmutter, Esq.
Michael Moore, Esq.
Lee W. Kilduff, ESQ.
David G. Barger, Esq.

SENTENCING ON COUNT(S): 1, 2 & 3 of the    ( ) Criminal Information  ( ) Indictment  (✓) Superseding Ind.

PRELIMINARY MATTERS: Gov't. Adduced evidence re: tax loss.

_____

_____

OBJECTIONS TO PSR: heard, overruled.

_____

STATEMENTS MADE BY: GOV'T (✓) DEFENSE COUNSEL (✓) DEFT (·)

ON MOTION OF GOV'T, (✓) INDICTMENT ( ) REMAINING CTS. DISMISSED.

DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION

ON: _____ BY: _____
( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 10 days of today (✓)

DEFT REMANDED TO CUSTODY (✓)

CASE SET: 9:30 a.m.  BEGAN: 9:35 a.m.  ENDED: 4:15 p.m.  TIME IN COURT: 5 hrs. 15 mins.

20 mins.   1 hr.

79

FILED JUN 7 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

SENTENCE TEXT

COUNT __1__   IMPRISONMENT __36__ MOS.  CONCURRENT ( )  CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE ( )

SUPERVISED RELEASE __1__ YEARS

PROBATION _____ YEARS

FINE $ __250,000.00__  ( ) Fine not imposed

SPECIAL ASSESSMENT $ __100__ due immediately + during incarceration

COUNT __2__   IMPRISONMENT __36*__ MOS.  CONCURRENT ( )  CONSECUTIVE ( )

*except that 18 months of this sentence shall be served consecutive to the term imposed on count 4

SUPERVISED RELEASE __1__ YEARS   CONCURRENT ( ✓ )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $ _____  ( ) Fine not imposed

SPECIAL ASSESSMENT $ __100__ due immediately + during incarceration

COUNT __3__   IMPRISONMENT __60__ MOS.  CONCURRENT ( ✓ )  CONSECUTIVE ( )

SUPERVISED RELEASE __3__ YEARS   CONCURRENT ( ✓ )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $ _____  ( ) Fine not imposed

SPECIAL ASSESSMENT $ __100__ due immediately

CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( )

RESTITUTION ORDERED: _____

RECOMMENDATION(S) TO BOP:
( ) Designate dft. to a facility near family   ( ) Designate dft. to _____ FCI
( ) SHOCK Incarceration Program               ( ) BRAVE Program
( ) Educational / Vocational training          ( ) BOP 500-hr intensive drug treatment program
( ) UNICOR program  ( ) with _____ portion of earnings directed to child support
( ) OTHER: _____

**SPECIAL CONDITIONS of Probation / Supervised Release:**

✓ (1) Incur no new credit without approval of probation officer
✓ (2) Provide probation officer with access to financial information
____ (3) Perform community service _____ HOURS during period of supervision
✓ (4) Participate in drug/alcohol treatment; ____ Pay cost of treatment
✓ (5) Participate in mental health treatment; ____ Pay cost of treatment
____ Participate in anger management
____ (6) Participate in home confinement program for _____ with monitoring
____ Permitted to work, attend church, or other approved activities
____ Maintain telephone without special features; no cordless phone
____ Pay costs of electronic monitoring
____ (7) Placement in a Community Confinement Center for _____ (term)
____ (8) Defendant to be surrendered to BICE for deportation proceedings
____ If deported, defendant to remain outside the United States
____ (10) Mandatory drug testing waived
____ Probation officer may still administer drug test if deemed appropriate
____ (11) Pay child support in amount ordered by social services or Court
____ (13) Serve intermittent confinement on weekends for a period of ____ DAYS
____ (14) No possession of pager, cellular telephone, or other handheld communication device
✓ (15) Defendant shall pay any balance owed on the S/A imposed by the Court
____ Pay in installments of not less than $ 500.00 per month, *a p 25% of*
to begin 30 / 60 days after start of supervision until paid in full *his gross*
____ (16) Waive all rights of confidentiality regarding mental health treatment *income whichever*
(or other treatment) to allow release of information to Probation, etc. *is greater.*
____ (17) Commencing _____, and continuing for _____, defendant may
operate a motor vehicle only for purposes of work and court, including travel to
the Probation Office and alcohol treatment program
✓ (18) Defendant to apply monies received from tax refunds, lottery winnings, and any
anticipated or unexpected financial gains to the Court-ordered financial obligations,
*including of course the fine imposed.*

✓ (---) Other special conditions:

*Deft. shall cooperate with the Internal Revenue Service in their collection efforts and shall pay all taxes owed to include penalties and interest including such amounts that may result as a result of any civil actions brought against the defendant.*

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_Eastern_ DISTRICT OF _Virginia - Richmond Division_

United States
v.
Samuel J.T. Moon, III

**EXHIBIT AND WITNESS LIST**

Case Number: 3:10CR00249-01

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Payne | See minute sheet | See minute sheet |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| June 17, 2011 | Gil Halasz | Skip Nea/ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Robin Rager |
| A | | | | ✓ | Document re: tax loss |
| B | | | | ✓ | Total - re: Lap Dances etc. |
| 20A | | | | | Schedule - |
| | 9 | | | ✓ | Copy Income statement 2008 |
| | 10 | | N/A | — | Not Admitted Repeated |
| | 11 | | N/A | — | Not Admitted Ryd |
| 2 | | | | | Julia Beckett |
| K | | | | ✓ | Tax Information |
| L | | | | ✓ | Tax Computation |
| D | | | | ✓ | Deed Trust 4-15-10 |
| E | | | | ✓ | HUD statement 4-22-10 |
| F | | | | ✓ | Wachovia Bank Acct |
| J | | | | ✓ | HUD statement 7/1/10 |
| C | | | | ✓ | Summary Transactions - Flav... |
| G | | | | ✓ | Wachovia Bank Acct |
| H | | | | ✓ | Scotts Trade Acct. |
| I | | | | ✓ | Suntrust Bank Acct |
| M | 1 | | | ✓ | Plea Agreement |
| M | | | | ✓ | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages